7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Manuel NMI Juarez, Jr. (TRNSFD TO WESTERN DIV)–ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
15–50143–can13

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
15–04079–can

v.

**Manuel NMI Juarez**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Court finds that the described indebtedness owed by Defendant to KDoL in the amount of $4,533.00, which is subject to statutory penalties and interest imposed pursuant to K.S.A. §44–719(d)(2) accrued in the aggregate amount of $3,237.49 as of the end of June, 2015 should be and hereby is exempt from discharge pursuant to 11 U.C.S. § 523(a)(2). Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk



Date of issuance: 7/28/15

Court to serve